(My Mailing address is currently P.O. Box 9490 Devore, CA 92407) (I do not have a police report or discovery present for one has been long awaited)

(Case Number Regarding the arrest is MSB21004039)

**Broque Anthony ANDERSON**
FULL NAME

_____
COMMITTED NAME (if different)

West Valley Detention Center 9500 Etiwanda Ave.
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Rancho Cucamonga CA 91739

2110342215
PRISON NUMBER (if applicable)

My Rights Constituent To Amendments 4 and 14 were violated. Policy and Procedure were not exercised, depriving me of my rights to life and liberty. I was illegally detained, arrested, while denied due process of the law resulting in incarceration. Policy and procedure in concordance to that of which precludes probate rights, were not followed.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Broque Anthony ANDERSON

PLAINTIFF,

v.

Loma Linda Police Department
Olivares, OSCAR RAMOS, AICALA,
SGT EDMOND

DEFENDANT(S).

CASE NUMBER
5:22-CV-01013-JAK (KES)
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** (Check one)
☐ 42 U.S.C. § 1983
☒ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: EEE DEPUTY

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes ☐ No

2. If your answer to "1." is yes, how many? 4

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

I had two illegal search and seizures, an illegal restraint case and one case that involved an excessive force. I am in need of info regarding the first two cases regarding Rancho Cucamonga Sheriffs Department and Upland Police Department.

Upland Police Department I went through an excessive force and illegal search and seizure. They beat me with a baton, mistakening me for someone else whom they'd let walk through a different dispatch office.

Now the whereabouts of the two cases is unknown being I was unable to obtain the mail from the addresses addressed.

* (A second copy of this is enroute on the way.)

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                                                           Page 1 of 6

a. Parties to this previous lawsuit:
   Plaintiff Broque Anthony ANDERSON

   Defendants Rancho Cucamonga Sheriffs Department

b. Court United States District Court

c. Docket or case number 5:21-cv-02168-JAK-KES; 5:21-cv-02170-JAK-KES
d. Name of judge to whom case was assigned John A. Kronstadt and Karen E. Scott
e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) No, at the moment no and is pending awaiting trial process.
f. Issues raised: Illegal Restraint, Illegal Search and Seizure.

g. Approximate date of filing lawsuit: January 4th 2022
h. Approximate date of disposition Awaiting disposition of "R and R"

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes  ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes  ☒ No

   If your answer is no, explain why not Facillity does not exhaust matters on account of which occured outside of the property.

3. Is the grievance procedure completed? ☐ Yes  ☒ No

   If your answer is no, explain why not Facillity does not cover incidents occuring outside of the facillity.

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Broque Anthony Anderson
                                                         (print plaintiff's name)
who presently resides at WVDC 9500 Etiwanda Ave.
                         (mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
Holiday Inn of Loma Linda, CA
(institution/city where violation occurred)

on (date or dates) 3/17/2021 , 3/21/2021 , _____.
                     (Claim I)         (Claim II)         (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Olivares** resides or works at
   (full name of first defendant)
   **Loma Linda Police Department 655 East 3rd St. San Bernardino, CA 92415**
   (full address of first defendant)
   **Loma Linda Police Officer # G4628 - 9093878313**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Denied equal protection of the law. Ignorant of what I had announced and declared.

2. Defendant **Oscar Ramos** resides or works at
   (full name of first defendant)
   **Loma Linda Police Department 655 E. 3rd St. San Bernardino, CA 92415**
   (full address of first defendant)
   **Loma Linda Police Officer # F4505 - 9093878313**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Denied me equal protection of the law. Searched me illegally inside the squad car on the way to West Valley Detention Center.

3. Defendant **Alcala** resides or works at
   (full name of first defendant)
   **LLPD 655 East 3rd Street San Bernardino CA 92415**
   (full address of first defendant)
   **Loma Linda Police Officer # F3081**
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   Denied me equal protection of the law on 3/17/21 the date of the initial arrest, between 10:30 p.m and Midnight.

4. Defendant __Sgt. Edmond__ resides or works at
   (full name of first defendant)
   __655 East 3rd Street San Bernardino CA 92415__
   (full address of first defendant)
   __LLPD Sgt. E0224__
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:
__Denied me equal protection of the law on the date of 3/17/21 when I was arrested. I had done nothing wrong.__

5. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

Explain how this defendant was acting under color of law:

The BWC recording should be secured and viewed. Each searched me, for they conducted the detaining & arrests.
Lines 13. and 14. were lacking clarity so they are reiterated or rewritten at the bottom of the page.

D. **CLAIMS*** The 4 day 8hr site release occurred at West Valley Detention Center.

## CLAIM I

The following civil right has been violated:

1. My 14th Amendment rights were violated. I was not enabled equal protection of the law. Illegal
2. restraint, and illegal search and seizure were also conducted violating my rights constituent
3. to Amendment 4. The illegal restraint involves me being detained on suspicions lacking foundation,
4. and 4 days of a site and release; being restrained upon an 8hr release for a total of 4 days.
5. My 4th and 14th Amendment rights were violated. Illegal restraint was conducted
6. causing me constitutional injury. My Civil Rights Constituent to Amendments 4 and 14
7. have been violated. I have been deprived of life, liberty and property without due
8. process. Based off a lack of foundation I was illegally searched and illegally
9. detained/restrained. Procedural due process of law violated my rights regarding
10. suspicions and allegations.
11. 
12. 
13. 
14. 

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right. (Each of the officers participated in the arrest.)

1. Two officers entered the Holiday Inn of Loma Linda CA, where I had rented a hotel for a total of
2. 2 weeks during emergency covid 19 lockdown and escorted me against my will in cuffs while
3. filing legal documents in the hotels' computer room. Officers, Ramos, Olivares, Alcala removed me
4. off of the property arresting me for trespassing after illegally searching me against my
5. consent. I was held in the back of the officers squad car before being taken to West Valley Detention Center
6. for a total of 4 days in site release. Misdemeanor site release holding usually is a minimal of
7. an 8hr holding before the restraining is illegal. Officers, Ramos, Olivares, Alcala prior to me being bought
8. to West Valley Detention Center, searched me inside of the computer room against my consent
9. and also did so in front of the Holiday Inn hotel. I repeatedly told the officers I had a room for a
10. total of 2 weeks and was not doing anything to disrupt any instances and if there was problem. There
11. was no correspondence or reciprocation of the officers checking as to what I said or expressed as
12. valid or true. Meaning the officers Ramos, Olivares, Alcala still arrested me knowing I'd bought or purchased
13. a hotel, my property was in my hotel room, and searched and trashed my property in my
14. immediate possession. I did not trespass, therefore I did not commit a crime.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline. Sgt Edmond arrived later and supervised the arrest and detaining.

Line 13. my property in the hotel room remained there, my property in the computer room of the hotel was trashed, if I am not mistaken.
Line 14. The allegations consisted of trespassing. I was not trespassing.

CV-66 (7/97)          CIVIL RIGHTS COMPLAINT          Page 5 of 6

1. Loma Linda Police Department, ("LLPD"), arrested me at the Holiday Inn in Loma Linda CA.
2. I was charged with Tresspassing, PC602, after not being told I needed to leave by hotel
3. staff or property management. Neither was I told by the arresting agency that
4. I needed to leave. I was escorted by two "LLPD" officers, Ramos, Olivares, Alcala ,
5. at 10:30p.m. or around that time after the "LLPD" officers came onto the hotel
6. property. Prior to the escorting, upon their arrival, I was approached by the
7. "LLPD" officers while inside of the Hotel computer room. The door was locked
8. I was demanded entry while working on Civil filings at a computer terminal.
9. Meaning, the "LLPD" officers could not enter the computer room without key card
10. entry. After they were enabled entry, I was confronted and asked to be searched.
11. I denied consent. I told them there wasn't anything dangerous on my person.
12. They proceeded with a search anyways. They, referring to "LLPD" officers, Ramos,
13. Olivares, Alcala , asked what business I had at the Holiday Inn hotel. I responded
14. to them, advising them of my room I had purchased for 2 weeks, I had
15. been there for about a week total. I was then escorted by the two officers
16. out of the hotel, brought to the front of the hotel, cuffed, then searched again
17. before being placed into a squad car. Searched, meaning my wallet and pockets
18. rummaged through against my will. Escorted, meaning moved against my
19. will from the hotel to the police vehicle. I asked if I was being arrested and
20. no answer was given. I was not on probation or parole. Policy and procedure
21. involving my rights, regarding my 4th amendment rights were denied. I was
22. not on probation or parole, had a room at the hotel and should not have been
23. arrested for a tresspassing. I was taken to West Valley Detention Center and booked
24. on a misdemeanor, pc602, for site release. I remained in site release for a total
25. of 96hrs. before being released. Site release holding, if not mistaken, can not hold or
26. detain you legally for more than 8hrs. I was held for 4 days, before being released, 3/22/21.
27. The room was booked under Mignon and B. Anderson. Mignon is my mother. My
28. property consisting of luggage, remained with her in my room. My paperwork within
29. the office of the hotel computer room was held; some trashed and obtained later on.
30. In line 27. the room I am referring to is the Holiday Inn hotel room.

5(a.)

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

The following relief I feel I am entitled to is to be compensated for the injury of my rights. The lack of concern of my constitutional rights and the injury of my rights to be accommodated through compensation. Also to be compensated for the amount of bail withheld over my person. To be compensated for the amount of time I was held within the jail under false pretentions. Affirmative relief from "character Assassination," and compensation for the security amount witheld upon my person; restraining me from freedom via bail amount that was imposed. I did nothing to be arrested, did not accept or consent to this arrest, was not o.k. with the lack of regard and concern of what I expressed within the actions of defendants doing so and did not appreciate their disregard. I did not commit a crime.

_6/7/2022_
(Date)

_[Signature]_
(Signature of Plaintiff)



